UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JON CHARLES HOLM, | ) | |
| Petitioner, | ) | No. CV 09-5401-GW(RCF) |
| v. | ) | ORDER ACCEPTING FIRST AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| FERNANDO GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the First Amended Report and Recommendation of United States Magistrate Judge, as well as Petitioner's objections to the Report.  The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  January 12, 2012

GEORGE H. WU
UNITED STATES DISTRICT JUDGE