UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JON CHARLES HOLM,** | ) |
| Petitioner, | ) No. CV 09-5401-GW (RCF) |
| v. | ) JUDGMENT |
| **FERNANDO GONZALEZ, Warden,** | ) |
| Respondent. | ) |

Pursuant to the Order Accepting First Amended Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED:  January 12, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE